In the Matter of Proceedings Supplementary to Execution upon the Judgment in an Action Entitled Jesse Myers, Respondent, v. San Domingo Improvement Company of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George H. Smith, Appellant, v. Fred F. Van Eps, Respondent. (No. 2.)— Order modified by striking out the 5th clause thereof, and as modified affirmed, without costs. No opinion.

In the Matter of the Application of the City of New York, Relative to Acquiring Title, etc., for the Opening and Extending of the Addition to Bronx Park, etc., in the Twenty-fourth Ward, Borough of The Bronx, City of New York. Job Smith, Appellant; Josephine C. Gillies and Others, Respondents.— Order denying motion for payment of award affirmed, with ten dollars costs and disbursements. Appeal from order denying reargument dismissed, with ten dollars costs. No opinion.

The People of the State of New York ex rel. Ogden Mills and Elizabeth M. Reid, as Executors, etc., of D. Ogden Mills, Deceased, Appellants, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (No. 1.)— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Joseph Varga, Respondent, v. Tennessee Copper Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jessie N. Wells, Respondent, v. John T. Mulhall and Others, Defendants. Charles Jacobson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Nina Huntley Gillroy, Appellant, v. James Philip Gillroy, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted to extent stated in order. No opinion.

Morris H. Bollas, Respondent, v. Elizabeth M. Bollas, Appellant.— Order affirmed, without costs. No opinion.

Maurice Simmons, Respondent, v. Carnegie Trust Company, Impleaded with Sterling Pierson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Bridget O'Beirne, Respondent, v. George T. Kelly, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Grace Linthwaite, Respondent, v. Reno R. Billington, Appellant.— Order affirmed, without costs. No opinion.

Nathan J. Packard and Moses Packard, Respondents, v. Long Island Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Myra Douglas Kyle, Respondent, v. James Orr Kyle, Appellant.— Order reversed and motion denied, on authority of *Smith* v. *Smith* (92 App. Div. 442) and *Allen* v. *Allen* (125 id. 838).

The People of the State of New York v. William Darragh.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.